# CLERK'S MINUTE SHEET

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Preliminary/Detention

| | | | |
|---|---|---|---|
| Case Number: | 20mj957 | UNITED STATES vs. Mock | |
| Hearing Date: | 3/20/2020 | Time In and Out: | 9:45 am -10:29 am |
| Courtroom Deputy: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Daniel Logan Mock(Via Video Conference) | Defendant's Counsel: | Eric Hannum |
| AUSA: | Jaymie Roybal | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | | Witness: | FBI SA Daniel Fondse |

**Initial Appearance**

| | | | | |
|---|---|---|---|---|
| ☐ | Defendant received a copy of charging document | | | |
| ☐ | Court advises defendant(s) of possible penalties and all constitutional rights | | | |
| ☐ | Defendant | | | |
| ☐ | Government moves to detain | ☐ | Government does not recommend detention | |
| ☐ | Set for | on | | @ |

**Preliminary/Show Cause/Identity**

| | | | |
|---|---|---|---|
| ☐ | Defendant | | |
| ☒ | Court finds probable cause | ☐ | Court does not find probable cause |

**Detention**

| | |
|---|---|
| ☐ | Defendant waives Detention Hearing |
| ☐ | |

**Custody Status**

| | | |
|---|---|---|
| ☒ | Defendant remanded to custody of United States Marshal's Service | |
| ☐ | Conditions | |

**Other**

| | |
|---|---|
| ☐ | Matter referred to for Final Revocation Hearing |
| ☐ | |