**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

v. No. 20-MJ-957-LF

DANIEL MOCK,

Defendant.

**UNITED STATES' MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States hereby moves this Court to exclude time for Speedy Trial Act purposes, specifically, the 30-day time period under 18 U.S.C. § 3161(b) in which an information or indictment must be filed, and the 90-day time period under 18 U.S.C. § 3164(b) for beginning trial for a defendant who is detained solely because the defendant is awaiting trial, and as grounds therefore states:

The United States initiated this case via complaint. Defendant Daniel Mock was arrested on March 17, 2020, and first appeared before the Honorable Kirtan Khalsa on March 18, 2020. On March 20, 2020, Defendant was detained. On March 13, 2020, this Court issued Administrative Order 20-MC-00004-9, which included a directive that all grand jury proceedings in the District of New Mexico are continued pending further order of the Court. Administrative Order 20-MC-00004-9, at 2 ¶ 3. This order was entered in response to the current coronavirus pandemic and was based on, among other things, the Centers for Disease Control and Prevention's report that the spread of COVID-19 is considered a pandemic, the President's declaration of a national emergency, and the New Mexico Governor's declaration of a state of public health emergency. *See id.* at 1.

On March 31, 2020, the Court issued Administrative Order 20-MC-0004-15, which superseded Administrative Order 20-MC-00004-9. The new Administrative Order states “that all grand jury proceedings are SUSPENDED through May 1, 2020, and therefore, pursuant to 18 U.S.C. § 3161, a grand jury within the District of New Mexico is not available during that period.” *See* Administrative Order 20-MC-00004-15, at 3.

Notwithstanding Administrative Order 20-MC-00004-15, the United States is continuing to investigate and prosecute this case, and plans to diligently prepare it for indictment, including making arrangements to obtain available witnesses to testify before a grand jury when a grand jury is again in session in the District of New Mexico.

Under the Speedy Trial Act, an indictment or information must be filed within 30 days from the date on which a defendant was arrested. 18 U.S.C. § 3161(b). Further, under 18 U.S.C. § 3164(b), the trial of any person who is detained solely because he or she is awaiting trial must commence no later than 90 days following the beginning of such continuous detention. The Speedy Trial Act, however, excludes from “the time within which an information or an indictment must be filed, or in computing the time within which the trial of any such offense must commence,” any period of delay based on a continuance granted by “any judge” based on “findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.” 18 U.S.C. § 3161(h) and (h)(7)(A). The court must set forth “in the record of the case” its reasons supporting such a finding, after considering the factors identified in the statute, among others. *Id.*, § 3161(h)(7)(A) and (B).

Accordingly, to comply with the statute, this Court’s administrative order, and public health requirements, the United States respectfully requests that this Court exclude the period of time between the date on which Defendant was arrested, that being March 17, 2020, and the date

on which this Court first permits grand juries in the District of New Mexico to resume meeting and proceeding generally, for Speedy Trial Act purposes, specifically, the 30-day time period under 18 U.S.C. § 3161(b) in which an information or indictment must be filed, and the 90-day time period under 18 U.S.C. § 3164(b) for beginning trial for a defendant who is detained solely because he is awaiting trial.

Defendant does not oppose this motion. The filing of this pleading in CM/ECF caused a copy to be served on counsel for Defendant, Eric Hannum.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*/s/ Jaymie L. Roybal*
JAYMIE L. ROYBAL
Assistant United States Attorney
P.O. Box 607
Albuquerque, N.M. 87103
(505) 224-1413