FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 13 2020
MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. **20-1224 JB** |
| | ) | |
| vs. | ) | Counts 1-2: 18 U.S.C. § 875(c): Interstate |
| | ) | Transmission of Threatening |
| **DANIEL LOGAN MOCK,** | ) | Communication. |
| | ) | |
| Defendant. | ) | |

# INFORMATION

The United States Attorney charges:

## Count 1

On or about March 2, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **DANIEL LOGAN MOCK**, knowingly and willfully did transmit in interstate commerce via Facebook, an interstate social media company, a communication, specifically a social media post, to M.L.G., and the communication contained a threat to injure M.L.G.

In violation of 18 U.S.C. § 875(c).

## Count 2

On or about March 13, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **DANIEL LOGAN MOCK**, knowingly and willfully did transmit in interstate commerce via Facebook, an interstate social media company, a communication, specifically a social media post, to M.L.G., and the communication contained a threat to injure M.L.G. and law enforcement personnel.

In violation of 18 U.S.C. § 875(c).

JOHN C. ANDERSON
United States Attorney

JAYME D. ROYBAL
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103-0607
(505) 224-1413