FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 13 2020
MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

CRIM NO. 20-1224 JB

Daniel Mock,

Defendant.

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE**
**IN A FELONY CASE**

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead or go to trial, judgment and sentencing before a United States District Judge.

**I HEREBY:** **Waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge, who thereafter will accept my guilty plea and adjudge me guilty.**

[signature]
Defendant

[signature]
Attorney for Defendant

Date: 5/13/2020

Before: [signature]
United States Magistrate Judge