FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 13 2020
MITCHELL R. ELFERS
CLERK

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

United States of America
v.
Daniel Mack
*Defendant*

Case No. 20-1224 JB

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5/4/2020

*Defendant's signature*

*Signature of defendant's attorney*

D. Eric Hannum
*Printed name of defendant's attorney*

*Judge's signature*

*Judge's printed name and title*