IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

No. 20-CR-1224 JB

DANIEL MOCK,

Defendant.

**UNOPPOSED**
**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW Defendant's counsel, D. Eric Hannum, and moves this Court for its order allowing him to withdraw as counsel of record for Defendant. As grounds, counsel states:

1. On March 18, 2020, undersigned was appointed to represent Defendant.

2. On May 13, 2020, Defendant entered into a plea agreement with the Government.

3. After the plea hearing concluded, undersigned counsel received a letter from the Disciplinary Board of the New Mexico Supreme Court, including a complaint from Defendant.

4. The pendency of this disciplinary complaint places Defendant and counsel in an inherently adversarial position.

5. The right to counsel guaranteed by the Sixth Amendment includes the right to representation that is free from conflicts of interest. *Gardner v. Galetka*, 568 F.3d 862, 886 (10th Cir. 2009)

6. The Government, through Assistant United States Attorney Jaymie Roybal, does not oppose this motion.

WHEREFORE, undersigned counsel respectfully moves this Court to allow his withdrawal as counsel of record in this matter, and to appoint new counsel who can provide Mr. Mock with constitutionally effective counsel.

I hereby certify that I caused
a copy of the foregoing to be electronically
served on the office of the United States
Attorney, on May 14, 2020.

/s/ *D. Eric Hannum*_____________
Counsel for Defendant

Respectfully submitted,

/s/ *D. Eric Hannum*

_________________________

D. Eric Hannum
1025½ Lomas Blvd. NW
Albuquerque, NM 87102
(505) 842-6171