**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**No. 20-CR-1224-JB**

**DANIEL MOCK,**

**Defendant.**

**ORDER ALLOWING WITHDRAWAL OF COUNSEL AND TO APPOINT NEW COUNSEL**

Upon motion of Defendant Daniel Mock [Doc. 21], previously appointed counsel, D. Eric Hannum, is allowed to withdraw as Defendant's attorney in this matter. New counsel shall be appointed.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

submitted by:

*Electronically submitted*
D. Eric Hannum
Counsel for Daniel Mock

Counsel for the Government, Jaymie Roybal,
does not oppose this motion.