**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

v. Cr. No. 20-1224 JB

DANIEL LOGAN MOCK,

Defendant.

**UNITED STATES' MOTION FOR § 3E1.1(b) DOWNWARD ADJUSTMENT**

Pursuant to USSG § 3E1.1(b), the United States moves for a one-level downward adjustment in the Defendant's sentencing guidelines offense level. Pursuant to USSG § 3E1.1(a), the Defendant has clearly demonstrated acceptance of responsibility for this offense. The Defendant has assisted authorities in the investigation or prosecution of this matter by timely notifying authorities of the Defendant's intention to enter a plea of guilty. Based on the nature of the relief sought, the United States presumes Defendant does not oppose this Motion.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

/s/
JAYMIE L. ROYBAL
Assistant United States Attorney
P.O. Box 607
Albuquerque, N.M. 87103
(505) 224-1413

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused defense counsel, Megan Mitsunaga, to be served by electronic means, as reflected on the Notice of Electronic Filing as indicated therein on August 27, 2020.

/s/
Jaymie L. Roybal
Assistant United States Attorney