Rev. November 10, 2015

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

# SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | 20-1224 JB | USA vs.: | Mock |
| Date: | 8/27/20 | Name of Deft: | Daniel Logan Mock |

Before the Honorable: James O. Browning

| | | | | | |
|---|---|---|---|---|---|
| Time In/Out: | 8:34am- 9:10 am | Total Time in Court **(for JS10)**: | 46 Minutes | | |
| Clerk: | J. Wright | Court Reporter: | S Hilton | | |
| AUSA: | Jaymie Roybal | Defendant's Counsel: | Megan Mitsunaga | | |
| Sentencing in: | Albuquerque | Interpreter: | | | |
| Probation Officer: | Martine Bowers-Lopez | Interpreter Sworn? | | Yes | | No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Convicted on: | x | Plea | | Verdict | As to: | x | Information | | Superseding Indictment |
| If Plea: | | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | | |
| If Plea Agreement: | | Accepted | | Not Accepted | | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | 5/13/20 | PSR: | | Not Disputed | | Disputed | | Courts adopts PSR Findings |
| Evidentiary Hrg: | | Not Needed | | Needed | | Exceptions to PSR: | | |

| | | |
|---|---|---|
| **SENTENCE IMPOSED** | Imprisonment (BOP): | Counts 1 & 2 – 14 months to run concurrently per plea agreement |

| | | | |
|---|---|---|---|
| Supervised Release: | Count 1: 2 years as to each count to run concurrently<br>Count 2: 2 years as to each count to run concurrently | Probation: | |

| | | | | | |
|---|---|---|---|---|---|
| REC | | 500-Hour Drug Program | | BOP Sex Offender Program | Other: |
| ICE | | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable | |

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for months days |
| | Comply with ICE laws and regulation | x | Community service for 50 hours during supervised release. |
| x | Participate in/successfully complete outpatient subst abuse program/testing | | Reside halfway house months days |
| x | Participate in/successfully complete mental health program | | Register as sex offender |
| x | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| x | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-defendant(s) | | No computer with access to online services |
| x | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| x | Waive right of confidentiality and allow the treatment provider to release treatment records | | Restricted from occupation with access to children |
| x | Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | | No loitering within 100 feet of school yards |
| x | Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | | If defendant is unemployed - Must participate in an educational or vocational services program and follow the rules and regulations of that program |
| x | OTHER: . You must participate in a cognitive behavioral treatment program<br>. You must participate in and successfully complete a community-based program which provides education and training in parenting. | | |

| | | | | | |
|---|---|---|---|---|---|
| Fine: $ | Not imposed | Restitution: $ | Not imposed - Applicable but no claim has been made by the victim(s) | | |
| SPA: $ | 200.00 ($100 per count) | Payment Schedule: | x | Due Immediately | | Waived |

OTHER:

| | | | |
|---|---|---|---|
| x | Advised of Right to Appeal | x | Waived Appeal Rights per Plea Agreement |

*Rev. November 10, 2015*

| | | | |
|---|---|---|---|
| x | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |

OTHER COMMENTS:

. FBI Agents Patrick Wiegleb and Stacy Stout at Plaintiff table
. OL14/CH4
. 11(c)1(c) plea agreement
. USA filed motion for 3 level downward adjustment; Defense concurs; Court grants
. Clarification – the disassembled rifle found in defendant's home was not seized as it did not meet the requirements;
. victim did not wish to attend hearing nor did she have a statement.