**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Cr. No. 20-1224 JB**

**DANIEL LOGAN MOCK,**

**Defendant.**

**ORDER GRANTING § 3E1.1(b) DOWNWARD ADJUSTMENT**

THIS MATTER is before the Court on the United States' "Motion for § 3E1.1(b) Downward Adjustment" ("Motion"). Doc. 28. Having reviewed the Motion, the United States Sentencing Guidelines, the relevant law, and noting Defendant's concurrence, the Court finds that the Motion is well-taken and will be **GRANTED**.

IT IS THEREFORE ORDERED that Defendant receive a one-level downward adjustment in his sentencing guidelines offense level.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE