AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of New Mexico

UNITED STATES OF AMERICA )
V. )
)
) Case No. 1084 1:20CR01224- 001JB
)
)
Daniel Logan Mock )
*Defendant* )

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: This proceeding will be held via Zoom Video/Web Conferencing with all participants appearing remotely; the Zoom ID and Passcode will be provided separately to the participants' email address of record. | Courtroom No.: Zoom Video Conference |
|---|---|
| | Date and Time: 8/2/2021 @ 1:30 pm before Magistrate Judge Jerry H. Ritter |

This offense is briefly described as follows:
The defendant has submitted four positive drug tests for marijuana.

Date: July 19, 2021

*Issuing officer's signature*

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

*Printed name and title*