AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

FILED
United States District Court
Albuquerque, New Mexico
Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.
Daniel Logan Mock
*Defendant*

Case No. 20CR1224 JB

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 9/21/21

*Defendant's signature*

Megan Mitsunaga
*Signature of defendant's attorney*

Megan Mitsunaga 21780
*Printed name and bar number of defendant's attorney*

518 Slate Ave NW
Albuquerque, NM 87102
*Address of defendant's attorney*

mitsungalaw@gmail.com
*E-mail address of defendant's attorney*

505-280-9548
*Telephone number of defendant's attorney*

505-219-1751
*FAX number of defendant's attorney*