# CLERK'S MINUTE SHEET

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Initial Appearance/Preliminary Hearing - VSR

| | | | |
|---|---|---|---|
| Case Number: | 20cr1224 JB | UNITED STATES vs. Mock | |
| Hearing Date: | 9/21/2021 | Time In and Out: | 9:33-9:34; 10:40-10:46 |
| Courtroom Deputy: | E. Hernandez | Courtroom: | Hondo via Zoom |
| Defendant: | Daniel Logan Mock | Defendant's Counsel: | Megan Mitsunaga |
| AUSA: | Paul Schied | Pretrial/Probation: | K. Coppin |
| Interpreter: | N/A | Witness: | |

## Initial Appearance

| | | | | |
|---|---|---|---|---|
| ☒ | Defendant received a copy of charging document | | | |
| ☒ | Court advises defendant(s) of possible penalties and all constitutional rights | | | |
| ☒ | Defendant wants Court appointed counsel | | | |
| ☒ | Government moves to detain | ☐ | Government does not recommend detention | |
| ☒ | Set for Detention Hearing | on Thursday, September 23, 2021 | @ 9:30 | |

## Preliminary/Show Cause/Identity

| | | | |
|---|---|---|---|
| ☒ | Defendant waives Preliminary Hearing | | |
| ☒ | Court finds probable cause | ☐ | Court does not find probable cause |

## Detention

| | |
|---|---|
| ☐ | Defendant waives Detention Hearing |
| ☐ | |

## Custody Status

| | | |
|---|---|---|
| ☒ | Defendant remanded to custody of United States Marshal's Service | |
| ☐ | Conditions | |

## Other

| | |
|---|---|
| ☒ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☒ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |
| ☒ | Matter referred to District Judge for Final Revocation Hearing |
| ☒ | Defense requests detention hearing be set for a later date; request granted |