AO 442 (Rev. 08/14) Arrest Warrant

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2021 SEP 21 AM 9:55
CLERK-ALBUQUERQUE

RECEIVED
U.S. MARSHALS SERVICE
ALBUQUERQUE NEW MEXICO
2021 SEP 20 AM 8:45

**UNITED STATES DISTRICT COURT**
**for the**
**District of New Mexico**

UNITED STATES OF AMERICA
v.
Daniel Logan Mock
*Defendant*

Case No. 1084 1:20CR01224- 001JB

**ARREST WARRANT**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Daniel Logan Mock

Also Known As: Mock, Daniel Mo
Also Known As: Doe, John

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows: The defendant continues to submit drug tests positive for marijuana.

Date: September 17, 2021

[signature]
*Issuing Officer's signature*

City and state: Albuquerque, NM

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

**Return**

This warrant was received on ( date ) 9/20/2021, and the person was arrested on ( date ) 9/20/2021 at ( city and state ) Albuquerque, NM

Date: 9/20/2021

[signature]
*Arresting officer's signature*

Paul Duran, DUSM
*Printed name and title*