FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

Daniel Logan Mock
*Defendant*

Case No. 20CR1224 JB

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, Daniel Logan Mock, Defendant, understand that I am scheduled for a Detention (*nature of hearing*) hearing on 9/23/2021 (*date*).

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 9/23/21

[signature]
*Defendant's signature*

Megan Mitsunaga
*Signature of defendant's attorney*

Megan Mitsunaga
*Printed name of defendant's attorney*

mitsunagalaw@gmail.com
*Defendant's attorney's e-mail address*