UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
**VIOLATION OF SUPERVISION PROCEEDINGS**
**MINUTE SHEET**

| | | | |
|---|---|---|---|
| CR No: | CR 20-1224 JB | USA vs.: | Mock |
| Date: | 11/2/21 | Name of Deft: | Daniel Logan Mock |

Before the Honorable James O. Browning

| | | | |
|---|---|---|---|
| Time In/Out: | 1:31 pm-2:00 pm | Total Time in Court **(for JS10):** | 29 Minutes |
| Clerk: | J. Gonzales | Court Reporter: | J. Bean |
| AUSA: | Jaymie Roybal | Defendant's Counsel: | Megan Mitsunaga |
| VSR in: | Albuquerque | Interpreter: | n/a |
| Probation Officer: | Kelly Coppin | Sworn? | Yes    No |

### ADMISSION OR DENIAL OF PETITION'S ALLEGATIONS

| | |
|---|---|
| x | Defendant sworn |
| x | Court advises Defendant of his/her rights |
| x | Court advises/confirms Defendant is aware of charges and possible penalty |
| x | Defendant admits MC |
| x | Court finds violations occurred |
| x | Court proceeds to sentencing on violations |

| **SENTENCE IMPOSED** | Imprisonment (BOP): 10 days or time served | | |
|---|---|---|---|
| Supervised Release: 18 months | | Probation: | 500-Hour Drug Program |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ____ months ____ days |
| | Comply with ICE laws and regulation | X | Community service for 50 hours during term of supervision |
| X | Participate in/successfully complete substance abuse program | | Reside halfway house ____ months |
| X | Participate in/successfully complete mental health program | | Register as sex offender |
| | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| X | Submit to search of person/property | | Possess no sexual material |
| X | No contact with victim(s) and/or co-defendant(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Waive right of confidentiality and allow the treatment provider to release treatment records | | Restricted from occupation with access to children |
| | No new credit charges | | No loitering within 100 feet of school yards |
| | Reside at/complete Residential Reentry Center | | Consent to USPO conducting periodic exam of computer |
| | Attend education/vocational training | | Consent to USPO installing monitoring hardware |
| X | Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | | No loitering within 100 feet of school yards |
| X | Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | | If defendant is unemployed - Must participate in an educational or vocational services program and follow the rules and regulations of that program |
| | OTHER: You shall waive your right of confidentiality-substance abuse. You must submit to substance abuse testing to determine if you have used a prohibited substance. Testing shall not exceed more than 60 test(s) per year. You must not use or possess alcohol. You may be required to submit to alcohol testing that may include urine testing, a remote alcohol testing system, and/or an alcohol monitoring technology program to determine if you have used alcohol. Testing shall not exceed more than 4 test(s) per day. You shall waive your right of confidentiality-mental health. | | |
| X | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |

| X | Remanded to custody of USM | | Voluntary Surrender |
|---|---|---|---|
| | Recommended place(s) of incarceration: | | |
| OTHER COMMENTS: | | | Ms. Mitsunaga addresses Court.<br>Defendant addresses Court. |