**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

vs. 20-CR-1224 JB

DANIEL LOGAN MOCK,

Defendant.

**UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL**

COMES NOW Daniel Logan Mock, by and through Joel R. Meyers, of the Law Office of Joel R. Meyers LLC, and hereby respectfully moves this Court for an order allowing attorney Joel R. Meyers to substitute attorney Megan Mitsunaga, and as reasons therefore submits the following:

1. On March 22, 2023, Mr. Mock was arrested based upon a petition alleging a violation of supervised release.

2. On March 23, 2023, and pursuant to the Criminal Justice Act, United States Magistrate Judge John Robbenhaar appointed Megan Mitsunaga to represent Mr. Mock. *See* Doc. 70.

3. On March 28, 2023, United States Magistrate Judge John Robbenhaar issued an Order remanding Mr. Mock into custody where he remains today. *See* Doc. 81.

4. On April 18, 2023, undersigned counsel was retained to represent Mr. Mock.

5. By this motion, undersigned counsel seeks to substitute as attorney of record in this case.

6. The instant motion is not made for the purposes of delay.

7. Undersigned counsel has been in contact with Ms. Mitsunaga who advised that she does not oppose to undersigned counsel's substitution of counsel motion.

8. Undersigned counsel has also been in contact with Assistant United States Attorney Jaymie Roybal who advised that she takes no position on this motion to substitute counsel.

Wherefore, for the foregoing reasons, Mr. Mock, requests this Court issue an order substituting attorney Joel R. Meyers for Megan Mitsunaga.

Respectfully Submitted,

/s/ Joel R. Meyers

Joel R. Meyers
The Law Office of Joel R. Meyers LLC
1000 Cordova Place, #930
Santa Fe, NM 87505
jrm@jrmeyerslaw.com
(505) 847-7757
(505) 847-5929 FAX

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April 2023, I filed the foregoing electronically through the CM/ECF system, which caused Counsel for the Plaintiff to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jaymie Roybal
Assistant United States Attorney
United States Attorney's Office
201 Third Street NW, Suite 900
Albuquerque, NM 87103

/s/ Joel R. Meyers