**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

vs. 20-CR-1224 JB

DANIEL LOGAN MOCK,

Defendant.

**NOTICE OF ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

COMES NOW, the Law Office of Joel R. Meyers LLC, by Joel R. Meyers, and hereby enters his appearance on behalf of Defendant, Daniel Logan Mock, as counsel of choice and substitution of counsel for Megan Mitsunaga in the above-captioned cause. Undersigned counsel requests that all notices be sent to:

The Law Office of Joel R. Meyers LLC
1000 Cordova Place, #930
Santa Fe, NM 87505
jrm@jrmeyerslaw.com
(505) 847-7757
(505) 847-5929 (FAX)

Respectfully Submitted,

/s/ Joel R. Meyers

Joel R. Meyers
The Law Office of Joel R. Meyers LLC
1000 Cordova Place, #930
Santa Fe, NM 87505
jrm@jrmeyerslaw.com
(505) 847-7757
(505) 847-5929 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April 2023, I filed the foregoing electronically through the CM/ECF system, which caused Counsel for the Plaintiff to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jaymie Roybal
Assistant United States Attorney
United States Attorney's Office
201 Third Street NW, Suite 900
Albuquerque, NM 87103

/s/ Joel R. Meyers