IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

UNITED STATES OF AMERICA,

Plaintiff,

vs. 20-CR-1224 JB

DANIEL LOGAN MOCK,

Defendant.

**ORDER GRANTING MOTION FOR SUBSTITUTION OF COUSNEL**

THIS MATTER having come before the Court on the Motion of Daniel Logan Mock, through counsel Joel R. Meyers, and this Court being otherwise fully advised in the premises finds that the motion is well-taken and shall be granted. Therefore, it is hereby,

ORDERED that counsel Joel R. Meyers substitute for attorney Megan Mitsunaga, as the attorney of record in the above captioned cause.

John F. Robbenhaar

UNITED STATES MAGISTRATE JUDGE